[This opinion has been published in *Ohio Official Reports* at 89 Ohio St.3d 520.]

SIDLE *v*. OHIO ADULT PAROLE AUTHORITY ET AL.

[Cite as *Sidle v. Ohio Adult Parole Auth.*, 2000-Ohio-237.]

*Petition for writ of habeas corpus dismissed on authority of Woods v. Telb and for failure to comply with R.C. 2725.04.*

(No. 99-2286—Submitted July 25, 2000—Decided August 3, 2000.)

IN HABEAS CORPUS.

————————————

*Mark H. Sidle, pro se.*

*Betty D. Montgomery*, Attorney General, *David M. Gormley*, Associate Solicitor, and *M. Scott Criss*, Assistant Attorney General, for respondents.

————————————

{¶ 1} The petition for a writ of habeas corpus is dismissed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, and for failure to comply with the statutory requirements for attachment of commitment papers and verification, R.C. 2725.04.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

————————————